IN THE UNITED STATES DISTRICT COUNT
FOR THE WESTERN DISTRICT OF WISCONSIN

COREY TAYLOR,

    Plaintiff,

v.

LACROSSE COUNTY SHERIFF'S OFFICE,
CITY OF LACROSSE, SGT. MARTELL and
SGT. THOMPSON,

    Defendants.

ORDER

Case No. 19-cv-678-jdp

On August 19, 2019, I entered an order directing plaintiff Corey Taylor to submit an inmate account statement in support of his motion to proceed without prepayment of the filing fee. Dkt. 3. Plaintiff has submitted a letter indicating that he attempted to obtain an inmate account statement from the LaCrosse County Jail. Dkt. 6. However, plaintiff says that he was denied a copy of his inmate account statement because plaintiff has no means to pay for the copy. Plaintiff reports that his account balance at the LaCrosse County Jail is currently at -$47.97. Plaintiff further reports that on September 10, 2019 he was extradited to the Franklin County Detention Center in Union, Missouri.

Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee, but will not assess an initial partial filing fee. Even if this court ultimately determines that plaintiff's complaint cannot go forward, plaintiff is advised that the full $350 filing fee for indigent litigants remains plaintiff's obligation. *See* 28 U.S.C. § 1915(b)(2).

Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous

or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. Plaintiff Corey Taylor's motion for leave to proceed without prepayment of the filing fee is GRANTED.

2. Plaintiff will not be assessed an initial partial fee for filing this case. However, plaintiff remains responsible for the full $350 filing fee for indigent litigants.

2. No further action will be taken in this case until the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 20th day of September, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge