IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COREY TAYLOR,

    Plaintiff,

v.

                                                      Case No.  19-cv-678-jdp

LA CROSSE COUNTY SHERIFF'S
OFFICE, CITY OF LA CROSSE,
LA CROSSE COUNTY, SGT. MARTELL,
and SGT. THOMPSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 1/22/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |